United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EUSTORGIO GUZMAN RESENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00045 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

Pending before the Court is Petitioner Eustorgio Guzman Resendez' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, which had been referred to the Magistrate Court for a report and recommendation. On February 2, 2023, the Magistrate Court issued the Report and Recommendation, recommending that Respondent's motion for summary judgment be granted, that Petitioner's § 2254 habeas petition be denied, that Petitioner's "Motion for Forensic DNA Testing" be denied, that Petitioner be denied a certificated of appealability, and that this action be dismissed.[1] In the interim, petitioner has filed additional exhibits.[2] The Court has reviewed those exhibits and finds that they are not objections to the Magistrate Court's Report and Recommendation, and do not impact the findings of the Magistrate Court.[3] Thus, Petitioner has not filed objections to the Magistrate Court's Report and Recommendation and the time for doing so has now passed.[4]

---

[1] Dkt. No. 10 at 16.
[2] Dkt. No. 12.
[3] *Id.*
[4] Dkt. No. 10 at 13.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[5] Finding no clear error, the Court adopts the Report and recommendation as set out herein. Accordingly, it is hereby **ORDERED** that Respondent's Motion for Summary Judgment is **GRANTED**,[6] that Petitioner's Petition for Writ of Habeas Corpus Pursuant to § 2254 is **DENIED**,[7] that Petitioner's "Motion for Forensic DNA Testing" is **DENIED**,[8] that Petitioner is denied a certificate of appealability, and that this action is **DISMISSED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of March 2023.

_____
Micaela Alvarez
United States District Judge

---

[5] *Douglas v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting FED. R. CIV. P. 72(b) advisory committee's note (1983)) *superceded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in* ACS Recovery Servs., Inc. v. Griffin, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. Apr. 2, 2012) ("[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

[6] Dkt. No. 5.
[7] Dkt. No. 1.
[8] Dkt. No. 9.